David C. West #3426
Chapter 7 Trustee
321 N. Mall Dr., #O-202
St. George, UT  84790
Tel. (435) 673-0790
Fax (435) 652-8269

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>ADAM GARTH LAKE and<br>GENEVIEVE LAKE,<br><br>Debtors. | Bankruptcy No. 14-33202 WTT<br><br>Chapter 7<br><br>Hon. William T. Thurman |
|---|---|

**TRUSTEE'S REPORT OF PRIVATE SALE OF INTEREST
IN MODERN ARCH STRUCTURES**

By Order entered at Docket No. 85 on August 25, 2015, the Court authorized the Trustee to sell at private sale to Ronald Kraft the estate's interest in Modern Arch Structures, LLC.  The private sale has been completed and resulted in sale proceeds totaling $2,500.00 for the benefit of the estate.

DATED this 30th day of December, 2015.

/s/
David C. West
Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

**By Notice of Electronic Filing (CM/ECF)**

I hereby certify that on December 30, 2015, I electronically filed the **TRUSTEE'S REPORT OF PRIVATE SALE OF INTEREST IN MODERN ARCH STRUCTURES** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users.

Patti H. Bass    ecf@bass-associates.com
P. Matthew Cox    bankruptcy_pmc@scmlaw.com
Andres' Diaz    courtmail@adexpresslaw.com
George B. Hofmann    ghofmann@cohnekinghorn.com, dhaney@cohnekinghorn.com;sforsgren@cohnekinghorn.com
Terry L. Hutchinson    tlh@infowest.com
United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
David C. West tr    davewest@infowest.com, ut14@ecfcbis.com
E. Kent Winward    utahbankruptcyfirm@gmail.com, winlawecf@gmail.com;bcsummarymails@gmail.com;thebankruptcyfirm@yahoo.com
Andres x2Diaz    courtmailrr@expresslaw.com

**By U.S. Mail** - Regular first class United States mail, postage fully prepaid

I hereby certify that on December 30, 2015, I caused to be served a true and correct copy of the **TRUSTEE'S REPORT OF PRIVATE SALE OF INTEREST IN MODERN ARCH STRUCTURES** as follows:

Adam and Genevieve Lake
3444 North Covered Wagon
Enoch, UT 84721

Scott A. Kraft
PO Box 1062
Parowan, UT 84761

/s/
David C. West